AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Barbara Lanning Telephone: (313) 226-9100
Special Agent: Eric Miller Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Andy Darryl George

Case No.
Case: 2:26−mj−30243
Assigned To : Unassigned
Assign. Date : 4/28/2026
Description: CMP USA V. GEORGE (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 24, 2022 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Eric Miller, Special Agent-ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: April 28, 2026

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Eric Miller, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since June 2018. I am currently assigned to the Detroit Field Division Group 1. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a Special Agent, I served fourteen years as a federal law enforcement officer and investigator with the Department of Homeland Security, U.S. Customs and Border Protection. I have a Bachelor of Arts in Criminal Justice and a Bachelor of Arts in Psychology from Michigan State University. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, criminal street gangs, and other state and federal offenses

2. During my employment with ATF, I have participated in numerous investigations of criminal violations relating to firearms, violent crime, and narcotics. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various investigative methods, including electronic

surveillance, visual surveillance, search warrants, and the utilization of confidential informants.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience.

4. ATF is currently conducting a criminal investigation concerning Andy Darryl GEORGE. (DOB: XX/XX/1977), for violation of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II. PROBABLE CAUSE

5. I reviewed a computerized criminal history and Eastern District of Michigan court records for GEORGE, which revealed that on February 17, 2010, a federal grand jury sitting in the Eastern District of Michigan returned an indictment charging GEORGE with one count of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1). GEORGE later pleaded guilty as charged, and on or about February 22, 2011, GEORGE was sentenced to a term of 168 months' incarceration with the Bureau of Prisons, followed by 60 months' supervised release.

6. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the severity of his felony conviction and the time GEORGE spent incarcerated or under supervision as a result of his felony conviction, there is probable cause to believe that GEORGE is aware of his status as a convicted felon.

7. On November 24, 2022, at approximately 1:50 a.m., Detroit Police officers working a club detail in the downtown area near Beaubien and Larned Street in Detroit, Michigan observed an individual with a bulge on his hip (later identified as GEORGE) walking with a group of people in a parking lot. The officers stopped to investigate.

8. As the officers approached the group, GEORGE walked behind a white SUV, avoiding the officers. An officer followed GEORGE and observed him remove what appeared to be a firearm from his right hip area and toss it under the white SUV.

9. The officer immediately detained GEORGE and called to one of his partners for assistance. The individuals with GEORGE surrounded the officer and refused to back up. The officer asked his partner to stand by with GEORGE while he bent down and recovered the firearm, a loaded black Glock 43X handgun, from underneath the trunk area of the white SUV. As soon as the officer recovered the

gun, he instructed his partner to take GEORGE to the scout car. GEORGE's group soon became unruly, trying to physically intervene on the arrest. GEORGE was ultimately handcuffed and placed in the back of the scout car.

10. On April 28, 2025, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Glock 43X handgun. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## III. CONCLUSION

11. Probable cause exists to believe that Andy GEORGE, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Glock 43X handgun, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about November 24, 2022, in Detroit, Michigan, in the Eastern District of Michigan.

Eric Miller, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable Kimberly Altman
United States Magistrate Judge

Dated: April 28, 2026